UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                               Case No. 06-CR-179

NICHOLAS BODWAY,

        Defendant.

**ORDER DENYING MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE**

The defendant in the above matter has filed a motion for early termination of his supervised release. The underlying conviction is possession of child pornography, and the defendant was sentenced to twenty months in prison to be followed by a ten year term of supervised release. In October he will have completed six years of the ten-year term. He has had no violations of supervised release and appears to have turned his life around in a very positive way.

Despite the positive behavior, the court agrees with the government that the motion should be denied. The underlying offense is in fact a serious one, and based on the large collection of material found on the defendant's computer and the length of time over which he appears to have been engaged in such conduct, the defendant's problem appears to have been longstanding. The defendant has pointed to no serious disadvantages from remaining on supervision, and it may in fact be supervision itself which has kept the defendant from returning to the lifestyle that first brought him before the court. While the defendant is to be commended for his positive changes, given the

longstanding nature of the underlying problem, the court concludes that early termination, at least at this time, is not warranted. Accordingly, the motion is denied.

SO ORDERED this   21st   day of May, 2014.

                                          s/ William C. Griesbach
                                          William C. Griesbach, Chief Judge
                                          United States District Court